# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

162881

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

*In re* C. MICHALIK, Minor.

SC: 162881
COA: 354399
Roscommon CC Family Division:
18-723897-NA

_____/

On order of the Court, the application for leave to appeal the March 18, 2021 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



p0616

Clerk